1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Pkwy., Ste. 480
3  Redwood City, California  94065
   Telephone: 650.637.9100
4  Facsimile: 650.637.8071

5  Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE COMPANY OF
6  PITTSBURGH, PA

7
                     UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 | BUSINESS PROFESSIONAL INSURANCE         | CASE NO.   CV08-1795 EMC
   | ASSOCIATES, INC., a California corporation, |
11 |                                          |
   |              Plaintiff,                  | **PROOF OF SERVICE**
12 |                                          |
   |      v.                                  |
13 |                                          |
   | NATIONAL UNION FIRE INSURANCE            |
14 | COMPANY OF PITTSBURGH, PA, a             |
   | Pennsylvania corporation, and            |
15 | DOES 1 – 50, inclusive,                  |
   |                                          |
16 |              Defendants.                 |

163375                              - 1 -
**PROOF OF SERVICE – CASE NO. CV08-1795 EMC**

| | |
|---|---|
| CASE NAME: | Business Professional Insurance Associates, Inc. v. National Union |
| ACTION NO.: | CV08-1795 EMC |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood Shores, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- *[ENDORSED-FILED]* NOTICE OF REMOVAL OF STATE ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(a) [DIVERSITY JURISDICTION]
- *[ENDORSED-FILED]* NATIONAL UNION'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(a) [DIVERSITY JURISDICTION]; DEMAND FOR JURY TRIAL
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- WELCOME TO THE U.S. DISTRICT COURT GUIDELINES
- (USDC – NORTHERN DISTRICT) DROP BOX FILING PROCEDURES
- NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL
- ECF REGISTRATION INFORMATION HANDOUT

[X]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

>       Lori A. Lutzker, Esq.
>       CARR, McCLELLAN, INGERSOLL,
>       THOMPSON & HORN
>       216 Park Road
>       P.O. Box 513
>       Burlingame, CA 94011-0513
>       Telephone: 650.342.9600
>       Facsimile: 650.342.7685
>
>       **Attorneys for Plaintiff**
>       **BUSINESS PROFESSIONAL**
>       **INSURANCE ASSOCIATES**

[X]    (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 8, 2008, at Redwood City, California.

_/s/ Abigail Bowman_
Abigail Bowman

---

PROOF OF SERVICE – CASE NO. C08-1759 EMC