**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BUSINESS PROFESSIONAL INS. ASSOC. INC.,
    Plaintiff(s),

v.

No. C-08-1795-SC

NATIONAL UNION FIRE INSURANCE CO.,
    Defendant(s).
_____/

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **July 25, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    April 16, 2008                    FOR THE COURT,

                                              Richard W. Wieking, Clerk

                                              By: T. De Martini
                                                 Courtroom Deputy Clerk