1   STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
2   JAMIE A. RADACK (SBN 221000)
    HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
3   203 Redwood Shores Pkwy., Ste. 480
    Redwood City, California  94065
4   Telephone:  650.637.9100
    Facsimile:  650.637.8071

5

6   Attorneys for Defendant
    NATIONAL UNION FIRE INSURANCE COMPANY OF
    PITTSBURGH, PA

7

8   LORI A. LUTZKER (SBN 124589)
    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
9   216 Park Road
    P.O. Box 513
10   Burlingame, CA 94011-0513
    Telephone: 650.342.9600
11   Facsimile: 650.342.7685

12   Attorneys for Plaintiff
    BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC.

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, and DOES 1 – 50, inclusive, <br><br> Defendants. | CASE NO.   CV08-01795 SC <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

      Plaintiff, Business Professional Insurance Associates, Inc. ("BPIA"), and defendant, National Union Fire Insurance Company of Pittsburgh, P.A. ("NUFIC"), hereby stipulate to continuing the Case Management Conference as follows:

      1.      The parties have agreed to a settlement of this case subject to the preparation of a written settlement agreement, which the parties expect to finalize within 30-40 days;

171066            - 1 -

1

2.   Because the matter has settled and the parties are preparing a final written settlement

agreement, the Court has continued the Case Management Conference, from July 25, 2008 to

September 19, 2008, at 10:00 a.m. in courtroom 1;

3.   In the event a settlement is not finalized before hand, the parties will file a single

Joint Case Management Statement on or before September 12, 2008;

4.   Based on the foregoing, the parties hereby stipulate to the continuance of the Case

Management Conference to September 19, 2008.

Dated: July ___10___, 2008           CARR, McCLELLAN, INGERSOLL,
                                      THOMPSON & HORN PLC


                                      By _____
                                         LORI A. LUTZKER
                                         Attorneys for Plaintiff
                                         BUSINESS PROFESSIONAL INSURANCE
                                         ASSOCIATES, INC.

Dated: July ___10___, 2008           HAYES DAVIS BONINO ELLINGSON
                                      McLAY & SCOTT, LLP


                                      By _____
                                         STEPHEN M. HAYES
                                         STEPHEN P. ELLINGSON
                                         Attorneys for Defendant
                                         NATIONAL UNION FIRE INSURANCE
                                         COMPANY OF PITTSBURGH, PA

                       **[PROPOSED] ORDER**

The Case Management Conference has been continued from July 25, 2008 to September 19,

2008 at 10:00 a.m. in courtroom 1. In the event one is necessary, the parties will file a single Joint

Case Management Statement on or before September 12, 2008.

Dated: _____, 2008       _____
                                      SAMUEL CONTI
                                      UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE MANAGEMENT CONFERENCE – CASE NO. CV08-01795 SC