1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  JAMIE A. RADACK (SBN 221000)
   HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
3  203 Redwood Shores Pkwy., Ste. 480
   Redwood City, California  94065
4  Telephone:  650.637.9100
   Facsimile:  650.637.8071
5
   Attorneys for Defendant
6  NATIONAL UNION FIRE INSURANCE COMPANY OF
   PITTSBURGH, PA
7
   LORI A. LUTZKER (SBN 124589)
8  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   216 Park Road
9  P.O. Box 513
   Burlingame, CA 94011-0513
10 Telephone: 650.342.9600
   Facsimile: 650.342.7685
11
12 Attorneys for Plaintiff
   BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC.

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15 BUSINESS PROFESSIONAL INSURANCE          CASE NO.   CV08-01795 SC
   ASSOCIATES, INC., a California corporation,
16                                          **STIPULATION TO CONTINUE CASE
                                            MANAGEMENT CONFERENCE AND
17          Plaintiff,                       ~~[PROPOSED]~~ ORDER**

18      v.

19 NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA, a
20 Pennsylvania corporation, and
   DOES 1 – 50, inclusive,
21
            Defendants.
22

23      Plaintiff, Business Professional Insurance Associates, Inc. ("BPIA"), and defendant,

24 National Union Fire Insurance Company of Pittsburgh, P.A. ("NUFIC"), hereby stipulate to

25 continuing the Case Management Conference as follows:

26      1.      The parties have agreed to a settlement of this case subject to the preparation of a

27 written settlement agreement, which the parties expect to finalize within 30-40 days;

28

2. Because the matter has settled and the parties are preparing a final written settlement agreement, the Court has continued the Case Management Conference, from July 25, 2008 to September 19, 2008, at 10:00 a.m. in courtroom 1;

3. In the event a settlement is not finalized before hand, the parties will file a single Joint Case Management Statement on or before September 12, 2008;

4. Based on the foregoing, the parties hereby stipulate to the continuance of the Case Management Conference to September 19, 2008.

Dated: July ___10___, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN PLC

By _____
LORI A. LUTZKER
Attorneys for Plaintiff
BUSINESS PROFESSIONAL INSURANCE
ASSOCIATES, INC.

Dated: July ___10___, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

## [PROPOSED] ORDER

The Case Management Conference has been continued from July 25, 2008 to September 19, 2008 at 10:00 a.m. in courtroom 1. In the event one is necessary, the parties will file a single Joint Case Management Statement on or before September 12, 2008.

Dated: ___7/11/08___, 2008

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Samuel Conti

171066

- 2 -

STIPULATION TO CONTINUE MANAGEMENT CONFERENCE     CV08-01795-SC