```
STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

LORI A. LUTZKER (SBN 124589)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
216 Park Road
P.O. Box 513
Burlingame, CA 94011-0513
Telephone: 650.342.9600
Facsimile: 650.342.7685

Attorneys for Plaintiff
BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, and DOES 1 – 50, inclusive,<br><br>Defendants. | CASE NO.  CV08-01795 SC<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

IT IS HEREBY STIPULATED by Plaintiff BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC. through their attorney of record, Lori A. Lutzker of Carr, McClellan, Ingersoll, Thompson & Horn and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

173026                                  - 1 -

**STIPULATION TO DISMISSAL; [PROPOSED] ORDER - CASE NO. CV08-01795 SC**

| | | |
|---|---|---|
| 1 | Dated: August 21, 2008 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN PLC |

By _____
LORI A. LUTZKER
Attorneys for Plaintiff
BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC.

Dated: August 31, 2008

AYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2008

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

173026

- 2 -

**STIPULATION TO DISMISSAL; [PROPOSED] ORDER - CASE NO. CV08-01795 SC**