1  STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
2  JAMIE A. RADACK (SBN 221000)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
3  203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
4  Telephone:  650.637.9100
Facsimile:  650.637.8071
5
Attorneys for Defendant
6  NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA
7
LORI A. LUTZKER (SBN 124589)
8  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
216 Park Road
9  P.O. Box 513
Burlingame, CA 94011-0513
10  Telephone: 650.342.9600
Facsimile: 650.342.7685
11
12  Attorneys for Plaintiff
BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC.
13
UNITED STATES DISTRICT COURT
14
NORTHERN DISTRICT OF CALIFORNIA
15
16 | BUSINESS PROFESSIONAL INSURANCE ASSOCIATES, INC., a California corporation, | CASE NO.   CV08-01795 SC
17 | Plaintiff, | **STIPULATION OF DISMISSAL;** ~~**[PROPOSED]**~~ **ORDER**
18 | v. | **[Fed. Rule Civ. Proc., Rule 41(a)(1)**
19 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, and DOES 1 – 50, inclusive, |
20 | |
21 | |
22 | Defendants. |

23      IT IS HEREBY STIPULATED by Plaintiff BUSINESS PROFESSIONAL INSURANCE

24  ASSOCIATES, INC. through their attorney of record, Lori A. Lutzker of Carr, McClellan,

25  Ingersoll, Thompson & Horn and Defendant NATIONAL UNION FIRE INSURANCE

26  COMPANY OF PITTSBURGH, PA through their attorney of record Stephen P. Ellingson of Hayes

27  Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is,

28  DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

173026                                      - 1 -

1  Dated: August  21 , 2008               CARR, McCLELLAN, INGERSOLL,
2                                          THOMPSON & HORN *PLC*
3
4                                          By _____
5                                             LORI A. LUTZKER
                                               Attorneys for Plaintiff
6                                              BUSINESS PROFESSIONAL INSURANCE
                                               ASSOCIATES, INC.
7  Dated: August  31 , 2008               AYES DAVIS BONINO ELLINGSON
8                                          McLAY & SCOTT, LLP
9
                                           By _____
10                                            STEPHEN M. HAYES
                                              STEPHEN P. ELLINGSON
11                                            Attorneys for Defendant
                                              NATIONAL UNION FIRE INSURANCE
12                                            COMPANY OF PITTSBURGH, PA
13
14                                          **ORDER**
15         IT IS SO ORDERED.
16
17  Dated: ___September 5___, 2008          _____
18                                          HONORABLE SAMUEL CONTI
                                            UNITED STATES DISTRICT COURT FOR THE
19                                          NORTHERN DISTRICT OF CALIFORNIA
20
21
22
23
24
25
26
27
28

173026                              - 2 -